IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARISA CLARK-BOWERS                                                        PLAINTIFF

VS.                              NO. 1:04CV00108 JWC

JO ANNE B. BARNHART,                                                       DEFENDANT
Commissioner, Social
Security Administration

ORDER

Defendant has filed an unopposed motion to reverse and remand this action (docket entry #16), stating that further development of the record is necessary so that the Court can perform a complete review of this case without having to make de novo findings. Defendant says that remand is necessary because the Administrative Law Judge (ALJ) did not provide a hypothetical question to the vocational expert that was consistent with the residual functional capacity (RFC) assessed in his decision and did not provide a definition for the terms "fair" and "good."

On remand the ALJ must: 1) offer Plaintiff a new hearing; 2) if the hearing decision goes beyond step 3 of the sequential evaluation process, he must quantify the various aspects of Plaintiff's RFC in terms of functional ability; and 3) if supplemental evidence from a vocational expert is required, the hypothetical question posed to the vocational expert and relied upon by the ALJ must be in exact accordance with the ALJ's decisional rationale and his finding for the RFC.

This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 3rd day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE