IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARISA CLARK-BOWERS                                                                PLAINTIFF

VS.                                        NO.  1:04CV00108 JWC

JO ANNE B. BARNHART,                                                               DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Order entered this date.

This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 3rd day of March, 2006.


_____
UNITED STATES MAGISTRATE JUDGE